IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MITCHUM,

    Plaintiff,                    No. CIV S-07-0041 LKK DAD P

    vs.

DIRECTOR/CHIEF, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights complaint seeking relief pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted his in forma pauperis application on a form that does not provide all of the information required when the applicant is an inmate. <u>See</u> 28 U.S.C. § 1915(a). A jail inmate's application must include certification by a jail official, and a certified copy of the inmate's jail trust account must be attached. Plaintiff will be granted thirty days to submit a properly completed in forma pauperis application on the form provided with this order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 8, 2007 application to proceed in forma pauperis is denied without prejudice;

1

       2.  Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

       3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights case.

DATED: January 16, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
mitc0041.3c