IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MITCHUM,

    Plaintiff,                               No. CIV S-07-0041 LKK DAD P

    vs.

DIRECTOR/CHIEF, et al.,

    Defendants.                      ORDER

_____/

        Plaintiff has filed a petition for a writ of habeas corpus ad testificandum requiring prison officials to allow him to appear at any hearing held in this action which requires his presence to defend his claims diligently, equally, and fairly.  Plaintiff is informed that such a petition is unnecessary.  An order and writ requiring plaintiff's appearance will be issued by the court at the appropriate time if necessary.  Accordingly, IT IS HEREBY ORDERED that plaintiff's January 17, 2007 petition for a writ of habeas corpus ad testificandum is denied as unnecessary.

DATED: April 11, 2007.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:9
mitc0041.adtest