IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MITCHUM,

    Plaintiff,                     No. CIV S-07-0041 LKK DAD P

    vs.

YOLO COUNTY SHERIFF'S DEPT. DIRECTOR, et al.,

    Defendants.                ORDER

    The court is in receipt of plaintiff's response. While it is unclear to the court whether the response is directed to the previous order, in an abundance of caution that matter is referred to the magistrate judge for his initial consideration.

    IT IS SO ORDERED.

    DATED: May 9, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1