1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL MITCHUM,

11              Plaintiff,                    No. CIV S-07-0041 LKK DAD P

12         vs.

13    YOLO COUNTY SHERIFF'S
      DEPT. DIRECTOR, et al.,
14
                Defendants.              ORDER
15    _____/

16              By order filed February 28, 2007, plaintiff's complaint was dismissed and thirty

17    days leave to file an amended complaint was granted.  The thirty day period expired and plaintiff

18    had not filed an amended complaint or otherwise responded to the court's order.  Accordingly, on

19    April 12, 2007, the undersigned filed findings and recommendations to dismiss this action

20    without prejudice.  Plaintiff filed objections, asking the court not to dismiss the action and

21    describing some of the prison conditions inmates endure.  The assigned district judge, in an

22    abundance of caution, referred the matter back to the undersigned for consideration of plaintiff's

23    objections in the event that they were found to be in response to this court's previous order.

24              In the interests of justice, this court will grant plaintiff an extension of time to

25    comply with the order filed February 28, 2007, and file an amended complaint.  However, the

26    court will not vacate its findings and recommendations at this time.  In addition, the court will

                                           1

1  not grant any further extensions of time for this purpose.  Plaintiff's failure to comply with this

2  order will result in a recommendation for dismissal of this action.

3            IT IS HEREBY ORDERED that:

4            1. Plaintiff is granted a final thirty days from the date of this order in which to

5  submit an amended complaint; and

6            2.  If plaintiff fails comply with this order, this court will forward the April 12,

7  2007 findings and recommendations to the assigned district judge.

8  DATED: May 22, 2007.

9

10                                                    _____

11                                                    DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

12  DAD:9
    mitc0041.36

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2