IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MITCHUM,

    Plaintiff,                      No. CIV S-07-0041 LKK DAD P

    vs.

YOLO COUNTY SHERIFF'S
DEPT. DIRECTOR, et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff, an inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 12, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff filed objections, asking the court not to dismiss the action. The undersigned, in an abundance of caution, referred the matter back to the assigned magistrate judge for consideration of plaintiff's objections in the event that they were found to be in response to the court's previous order. In the interests of justice, the magistrate judge granted plaintiff a final thirty days to file an amended complaint. The thirty day period has expired and plaintiff has not filed an amended

1

1  complaint or otherwise responded to the magistrate judge's order.  The magistrate warned
2  plaintiff that if he failed to file an amended complaint, the April 12, 2007 findings and
3  recommendations would be forwarded to the assigned district judge.
4        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
5  304, this court has conducted a de novo review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to be supported by the record and
7  by proper analysis.
8        Accordingly, IT IS HEREBY ORDERED that:
9        1. The findings and recommendations filed April 12, 2007, are adopted in full;
10 and
11       2. This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R.
12 Civ. P. 41(b).
13 DATED:  July 30, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2