IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MITCHUM,

        Plaintiff,                  No. CIV S-07-0041 LKK DAD P

    vs.

YOLO COUNTY SHERIFF'S DEPT. DIRECTOR, et al.,

        Defendants.           <u>ORDER</u>

/

        On December 21, 2007, plaintiff filed an amended complaint and an application to proceed in forma pauperis. This civil rights action was closed on July 31, 2007. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: January 3, 2008.

                               /s/ Dale A. Drozd
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

DAD/bb
mitc0041.58